## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

|  |  |  |
|---|---|---|
| ROBERT HARO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-0785 |
| ALBERTO GONZALEZ, ATTORNEY GENERAL, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss. See Fed. R. Civ. P. 12(b)(6). It appearing to the Court that Plaintiff has filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a), it is hereby

ORDERED that Defendant's Motion to Dismiss is MOOT.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 14, 2005