IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| ROBERT HARO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-0785 |
|  | ) |
| ALBERTO GONZALES, | ) |
| Attorney General, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). It appearing to the Court that Plaintiff's Amended Complaint states a claim upon which relief can be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss the Amended Complaint is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 8, 2005