IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
ROBERT HARO,                   )
                               )
          Plaintiff,           )
                               )
v.                             )   Civil Action No. 05-0785
                               )
ALBERTO GONZALEZ,              )
ATTORNEY GENERAL,              )
                               )
          Defendant.           )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 28, 2006